WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
yli@wrightlegal.net
*Attorneys for Defendants, Ocwen Bank, Mortgage Electronic Registration Systems, Inc., and Deutsch Bank National Trust Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANE L. ROYAL,<br><br>        Plaintiff,<br><br>    vs.<br><br>ONEWEST BANK, NATIONAL ASSOCIATION, OCWEN LOAN SERVICING, LLC, BANK OF AMERICA, N.A., WELLS FARGO HOME MORTGAGE AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No.: 2:15-cv-01624-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTAMS, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY ONLY</u>** |

        Plaintiff Jane L. Royal and Bank of America, N.A. hereby stipulate and agree that the

above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P.41

(a)(2) as to, and **ONLY as to, Defendants MORTGAGE ELECTRONIC REGISTRATION**

**SYSTAMS, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY**. Each party

shall bear its own attorney's fees, prejudgment interest, and costs of suit.. Plaintiff further

authorizes and directs the Clerk of the Court to enter a judgment of dismissal with prejudice

against the above-named Defendants.

///

///

1    IT IS SO STIPULATED AND AGREED.

2

| WRIGHT, FINLAY & ZAK, LLP | HAINES & KRIEGER, LLC |
|---|---|
| /s/ Yanxiong Li, Esq._____<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendants Ocwen Bank,*<br>*Mortgage Electronic Registration Systems,*<br>*Inc., and Deutsch Bank National Trust*<br>*Company* | /s/ David H. Krieger, Esq._____<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* |

**ORDER**

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT COURT JUDGE**

**DATED**:  April 19, 2017
_____